**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE **DIVISION**
**CIVIL ACTION NO.** 3:16-CV-00498-GCM

| | | |
|---|---|---|
| GASTONIA 1228 INVESTMENTS, LLC | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HB GASTONIA, LLC, VICTOR P. | ) | |
| BALESTRA, NATHAN S. WARD, | ) | |
| RICHARD SCHLANDER, JAMES W. | ) | |
| HARPEL, SHAUN L. MCGRUDER, | ) | |
| | ) | |
| **Defendants and Third Party Plaintiffs** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EASCO HAND TOOLS, INC., APEX | ) | |
| TOOL GROUP, LLC, AMERICAN HOME | ) | |
| ASSURANCE COMPANY, | ) | |
| | ) | |
| **Third Party Defendants** | ) | |

THIS MATTER is before the Court on the motion of Defendants and Third-Party

Plaintiffs, HB Gastonia, LLC, Victor P. Balestra, Nathan S. Ward, Richard Schlanger, James W.

Harpel, and Shaun L. McGruder, (collectively, "Third-Party Plaintiffs") to dismiss their claims

against Third-Party Defendant American Home Assurance Company ("American Home")

without prejudice. It appears to the Court that there is good cause for the motion.

THEREFORE, IT IS HEREBY ORDERED that Third-Party Plaintiffs' claims against

American Home are DISMISSED, *without prejudice*, with each party to bear its own costs,

expenses, and attorneys' fees.

Signed: May 5, 2017

Graham C. Mullen
United States District Judge